JS-6

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   DEONDRE RAGLIN,

Case No. 8:25-cv-00553-JWH-ADSx

12            Plaintiff,

**JUDGMENT**

13        v.

14   KEVIN SHAW d/b/a DISCOUNT
        FITNESS PROS;
15   ELAINE J. ZOR, as Trustee of the
        Stanley Joseph Zor and Elaine J. Zor
16        Living Trust; and
     DOES 1-10, inclusive,

17

            Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the "Order Regarding Plaintiff's Motion for Default Judgment [ECF No. 15]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants Does 1-10 are **DISMISSED.**

3. The claims for relief of Plaintiff Deondre Raglin arising under the Unruh Civil Rights Act and Disabled Persons Act, as well as the claims for negligence and violation of the Cal. Health & Safety Code, are **DISMISSED.**

4. With respect to the claim for relief arising under the Americans with Disabilities Act of 1990, **JUDGMENT** is entered in **FAVOR** of Plaintiff Deondre Raglin and **AGAINST** Defendants Kevin Shaw doing business as Discount Fitness Pros and Elaine J. Zor, as Trustee of the Stanley Joseph Zor and Elain J. Zor Living Trust, in the amount of **$2,230** (which consists of $1,450 in attorney's fees and $780 in costs).

5. In addition, Defendants are **ORDERED** to provide an accessible parking space at the property located at or about 15919 Lakewood Boulevard, Bellflower, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

6. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: September 22, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-